1  WO

2

3

4

5

6

7  **IN THE UNITED STATES DISTRICT COURT**

8  **FOR THE DISTRICT OF ARIZONA**

9

10  United States of America,                    No. CR-17-08132-001-PCT-SPL

11              Plaintiff,                       **ORDER**

12  v.

13  James Robertson Young,

14              Defendant.

15

16      Defendant appeared in court with counsel. Pursuant to 18 U.S.C. § 3141 et. seq. a

17  detention hearing was held.  The defendant is ordered detained pending an intake

18  assessment for placement at Crossroads in Phoenix, Arizona or other facility as

19  designated by Pretrial Services. Should defendant qualify for such placement, defendant

20  shall be released upon conditions set by this Court, including pretrial residency at said

21  facility, as conditions do exist which would reasonably assure the safety of others and the

22  appearance of the defendant. Should defendant not so qualify, the release conditions set

23  by this Court shall be vacated and defendant shall be detained pending trial as there are

24  no conditions or combination of conditions which would reasonably assure the safety of

25  others or the appearance of the defendant.

26      The Pretrial Services Officer is ordered to timely notify this Court of the

27  defendant's intake assessment results, and if found acceptable, the date and time the

28  //

facility will provide transportation from the Sandra Day O'Connor Courthouse for the defendant.

Dated this 11th day of July, 2017.

Honorable Bruce G. Macdonald
United States Magistrate Judge